**Order entered March 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00040-CV

## IN RE NOEL ALONSO MEJIA, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-00369-VU**

## ORDER
Before Justices Lang, Fillmore and Brown

Before the Court is relator's Motion to Produce Entire Trial Record/Clerk and Court

Reporter's Record. We **DENY** the motion.


/s/     DOUGLAS S. LANG
           PRESIDING JUSTICE